# IN THE SUPREME COURT OF THE STATE OF NEVADA

AUSTIN HUMPHRIES,
               Appellant,
      vs.
THE STATE OF NEVADA,
               Respondent.

No. 82688

FILED

AUG 18 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an amended judgment of conviction. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

This court previously entered an order noting that this appeal may have been rendered moot and ordering appellant to either file and serve a motion or stipulation to dismiss this appeal, or points and authorities explaining why this appeal is not moot. The parties have now filed a stipulation to dismiss this appeal. The stipulation is approved and this appeal is dismissed.

It is so ORDERED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-24275

cc: Hon. Michelle Leavitt, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk